## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:05MJ96** |
| | ) | |
| v. | ) | |
| | ) | |
| **JOSHUA D. HANSEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER FOR DISMISSAL

**IT IS ORDERED** the Motion for Dismissal (Filing No. 2) in the above-captioned case be granted as requested.

DATED this 18th day of August, 2005.

                                                        BY THE COURT:

                                                        s/Thomas D. Thalken
                                                        United States Magistrate Judge